1030

No. 85–6179. SHACK v. SUPERINTENDENT, STATE CORREC-
TIONAL INSTITUTION AND CORRECTIONAL DIAGNOSTIC AND
CLASSIFICATION CENTER AT GRATERFORD. C. A. 3d Cir. Cer-
tiorari denied.

No. 85–6180. SHARP v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 85–6182. CRUZEN v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 85–6188. MURRAY v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 85–6189. GALVIN-MOREJON v. UNITED STATES. C. A.
11th Cir. Certiorari denied.

No. 85–6190. NABORS v. UNITED STATES. C. A. Fed. Cir.
Certiorari denied.

No. 85–6191. BRYANT v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 85–6195. ADU v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 85–6202. BEARD v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 85–6203. JOHNSON v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 85–6205. DROEGE v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 85–6232. OLSEN v. DRUG ENFORCEMENT ADMINISTRA-
TION. C. A. 11th Cir. Certiorari denied.

No. 85–6238. WARD v. UNITED STATES ET AL. C. A. 7th Cir.
Certiorari denied.

No. 85–6241. CARTER v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.